UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

                                                  Case No.  14-50236 GFK

Edward J Peterson and Kristin L. Peterson fka Kristin Brand,

    Debtors

### ORDER FOR RELIEF FROM STAY

    This case is before the court on the motion of MidFirst Bank, seeking relief from the automatic stay.  Based on the motion and the file;

    **IT IS ORDERED:**

    The automatic stay is modified to allow MidFirst Bank, or its successors or assigns, to foreclose the Mortgage on the real property, in accordance with state law, legally described as:

    Lot Twenty-two (22), Block One (1), Roosevelt Place, an addition to the City of St. Cloud, According to the Plat and Survey Thereof on File and of Record in the Office of the County Recorder in and for Stearns County, Minnesota.

    **NOTWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a)(3), this order is effective immediately.

Dated: *June 04, 2014*
_____

                                      */e/ Gregory F. Kishel*

                                  Gregory F. Kishel
                                  Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/04/2014*
Lori Vosejpka, Clerk, by AMM